```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 12915
   GLENDA D LEACHMAN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7557

---------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 04/01/2004 and was confirmed 06/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was paid in full 09/11/2007.
---------------------------------------------------------------------
CREDITOR NAME            CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                         PAID          PAID
---------------------------------------------------------------------
ROUNDUP FUNDING LLC      UNSECURED      14267.76          .00         2853.55
ROUNDUP FUNDING LLC      UNSECURED      26277.41          .00         5255.48
ECAST SETTLEMENT CORP    UNSECURED       7114.92          .00         1422.98
RESURGENT CAPITAL SERVIC UNSECURED      12529.49          .00         2505.90
ECAST SETTLEMENT CORP    UNSECURED       8906.11          .00         1781.22
ECAST SETTLEMENT CORP    UNSECURED       4099.12          .00          819.82
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    1,755.20                      1,755.20
TOM VAUGHN               TRUSTEE                                       908.01
DEBTOR REFUND            REFUND                                          7.78

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                  17,309.94

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    14,638.95
ADMINISTRATIVE                                1,755.20
TRUSTEE COMPENSATION                            908.01
DEBTOR REFUND                                     7.78
                         --------------    --------------
TOTALS                   17,309.94            17,309.94
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                            PAGE   2
        CASE NO. 04 B 12915 GLENDA D LEACHMAN